**Denied and Opinion Filed July 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00780-CV**

### IN RE DEDERIAN DEMOND HERRON, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-03311-E**

# MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Stoddart

Before the Court is relator's July 9, 2018 "Plaintiff's Petition for Writ of Mandamus." To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). In his petition, relator does not complain of or seek relief from any trial court actions or inactions. Although titled "Plaintiff's Petition for Writ of Mandamus," relator's petition in this original proceeding is, in substance, a trial court petition in which relator sets out his claims in the underlying trial court proceeding and requests that the defendant be cited to appear and answer, a trial held, and judgment rendered in relator's favor.

Relator presents nothing for this Court to review. Accordingly, we deny relator's petition for writ of mandamus.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

180780F.P05